# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST MODIFIED PLAN

DEBTOR: Guillermo Perez     JOINT DEBTOR: Betty Perez     CASE NO.: 14-22221-LMI
Last Four Digits of SS# xxxx5581     Last Four Digits of SS# xxxx9182

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 515.77     for months 1 to 16;
- B. $ 128.87     for months 17 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3,650 + $525.00 (Motion to Modify) = $4,175.00
TOTAL PAID $ 1,200 Balance Due $ 2,975 payable $ 153.12 /month (Months 1 to 16)
payable $ 87.50 /month (Months 17 to 22)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None     Arrearage on Petition Date $
Address:     Arrears Payment     $_____/month (Months ____ to ____)
     Regular Payment     $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None     Total Due $_____
     Payable     $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 321.13/month (Months 1 to 16); Pay $ 28.48/month (Months 17 to 22 and Pay $ 115.98/month (Months 23 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Disney Vacation Club, Nissan Motor Acceptance Corporation, Old Culter Lakes By the Bay, Patio Home at Monterey Lakes, Wells Fargo Bank Account No: xxxx1001 and Wells Fargo Account No: xxxx6357. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.          /s/Robert Sanchez, Esq
Attorney for Debtor          Joint Debtor
Date: 10-8-2015          Date: 10/8/2015

LF-31 (rev. 01/08/10)